IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Philpot, John R  
Philpot, Diane M  
Printed: 01/22/09

Case Number: 07 B 11865  
Judge: Squires, John H  
Filed: 7/3/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 12, 2008  
Confirmed: October 10, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 16,000.00 |  |
| Secured: |  | 11,111.99 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,000.00 |
| Trustee Fee: |  | 888.01 |
| Other Funds: |  | 1,000.00 |
| Totals: | 16,000.00 | 16,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Feld & Korrub LLC | Administrative | 3,000.00 | 3,000.00 |
| 2. | Personal Finance Company | Secured | 0.00 | 0.00 |
| 3. | GMAC Mortgage Corporation | Secured | 0.00 | 1,302.01 |
| 4. | Citizens Bank | Secured | 17,146.05 | 9,809.98 |
| 5. | Resurgent Capital Services | Unsecured | 6,773.90 | 0.00 |
| 6. | Citizens Bank | Unsecured | 445.81 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 2,732.92 | 0.00 |
| 8. | QVC | Unsecured | 375.91 | 0.00 |
| 9. | Target National Bank | Unsecured | 919.22 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 838.46 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 1,329.20 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 3,945.33 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 5,911.60 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 6,060.87 | 0.00 |
| 15. | B-Real LLC | Unsecured | 4,126.93 | 0.00 |
| 16. | Eldridge & Eldridge DDS | Unsecured | | No Claim Filed |
| 17. | Advocate Christ Hospital | Unsecured | | No Claim Filed |
| 18. | Thomas T Chung MD | Unsecured | | No Claim Filed |
| 19. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 20. | Aunt Martha's Youth Center | Unsecured | | No Claim Filed |
| 21. | Midwest Diagnostic Pathology, SC | Unsecured | | No Claim Filed |
| 22. | Midwest Pediatric Cardiology | Unsecured | | No Claim Filed |
| 23. | Edward M Ruiz DDS | Unsecured | | No Claim Filed |
| 24. | Oaklawn Radiologist | Unsecured | | No Claim Filed |
| 25. | South Suburban Hospital | Unsecured | | No Claim Filed |
| 26. | SSH Anestesia LLC | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Philpot, John R
       Philpot, Diane M
       Printed: 01/22/09

Case Number: 07 B 11865
Judge: Squires, John H
Filed: 7/3/07

### DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Dr Uppallari | Unsecured | | No Claim Filed |
| 28. | Surburban Emergency Physician | Unsecured | | No Claim Filed |
| 29. | Western Financial | Unsecured | | No Claim Filed |
| | | | $ 53,606.20 | $ 14,111.99 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 432.00 |
| 6.5% | 390.01 |
| 6.6% | 66.00 |
| | $ 888.01 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

